SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson, <br>     Plaintiff, <br> vs. <br> Rah Partnership, L.P., <br>     Defendant | Case No. **2:11-cv-02214-KJM-CKD** <br> **ORDER RE: REQUEST FOR DISMISSAL** |

IT IS HEREBY ORDERED THAT this action is hereby dismissed With Prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated:  August 30, 2011.

_____
UNITED STATES DISTRICT JUDGE

ORDER RE REQUEST FOR DISMISSAL

CIV: S-11-cv-02214-KJM-CKD - 1